UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOANETA IOTOVA; ISSAC ALMALEH,

                      Plaintiffs,

            -against-

OCWEN FINANCIAL CORPORATION, et al.,

                      Defendants.

19-CV-10664 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued November 21, 2019, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that pursuant to the February 28, 2018 order in *United States v. Almaleh, et al.*, ECF 1:17-CR-0025, 108 (S.D.N.Y. Feb. 28, 2018), the complaint is dismissed.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs and note service on the docket.

SO ORDERED.

Dated:   November 21, 2019
          New York, New York

                                                    Louis L. Stanton
                                                        U.S.D.J.